# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARTIN MORGAN, SR.

NO. 2023 KW 1336

**MARCH 13, 2024**

---

In Re:     Martin Morgan, Sr., applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 18-FELN-037824.

---

**BEFORE:     GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

                            JMG
                            WRC
                            WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT